IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Nicholas O. Brown,                      :
                    Appellant          :
                                        :
        v.                             :        No. 359 C.D. 2016
                                        :
City of Philadelphia and               :
Sheriff of Philadelphia County         :

## **O R D E R**

NOW, December 12, 2016, having considered appellant's application for reargument *en banc*, the application is denied.

---
MARY HANNAH LEAVITT,
President Judge